**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jeretta M. Seabrook,                                        Civil No. 09-464 (RHK/JSM)

        Plaintiff,                                                                **ORDER**

vs.

Professional Systems of Mankato, Inc.,

        Defendant.

---

Based upon the Notice of Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff on March 20, 2009, and upon all the files, records and proceedings herein, **IT IS ORDERED t**hat all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 24, 2009

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge